UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANTHONY LEMARCUS LARKINS          CIVIL ACTION NO. 15-2815-P

VERSUS                            JUDGE S. MAURICE HICKS, JR.

KATHERINE C. DORRAH               MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of *habeas corpus* is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 26th day of July, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE